[pic]

 In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 No. 07-13-00032-CR

 Reginald DWAYNE Melton, APPELLANT

 V.

 The State of Texas, APPELLEE

 On Appeal from the County Court at Law
 Navarro County, Texas
 Trial Court No. C34415, Honorable Amanda Doan Putman, Presiding

 April 24, 2013

 ORDER DENYING MOTION FOR EXTENSION

 Before aCAMPBELL and HANCOCK and PIRTLE, JJ.

 Following a plea of not guilty, Appellant, Reginald Dwayne Melton, was
convicted by a jury of possession of a controlled substance in a drug-free
zone and sentenced to fifteen years confinement and a $10,000 fine. Notice
of appeal was filed on December 5, 2012. Both the clerk's record and
reporter's record have been filed and Appellant's brief was due to be filed
on February 6, 2013. Three extensions of time have been granted making the
most recent due date April 8, 2013. On April 16, 2013, a fourth motion for
extension of time was filed requesting an additional thirty days.
Appellant's only explanation of "good cause" is that he needs additional
time to "actually finish writing" the brief.

 By order of the Court, Appellant's motion for extension of time is
hereby denied. Appellant's brief is due instanter. Failure to file the
brief by Monday, May 6, 2013, will result in the appeal being abated and
the cause remanded to the trial court for further proceedings pursuant to
Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure.

 It is so ordered.

 Per Curiam

Do not publish.